■ 2609 BAILEY, INC., Respondent, v CITY OF BUFFALO et al., Appellants, and JOE DARESSIE ASSOCIATES, Respondent, et al.,

Defendant. [643 NYS2d 453] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gorski, J. (*2609 Bailey v City of Buffalo,* 161 Misc 2d 419). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Balio and Boehm, JJ.